AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>KAMAR FERGUSON,<br><br>*Defendant(s)* | Case No. 4:22-mj-70420-MAG |

**FILED**
Mar 30 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 10, 2021 in the county of Alameda in the Northern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1715 | Firearms as nonmailable; |
| Penalties: | Maximum 2 years' imprisonment, Maximum $250,000 fine, Maximum 1-year supervised release, $100 special assessment. |

This criminal complaint is based on these facts:

See attached Affidavit of FBI, SA Daniel Kim

☑ Continued on the attached sheet.

Approved as to form */s/ Benjamin K. Kleinman*
SAUSA BENJAMIN K. KLEINMAN

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by phone.

Date: March 30, 2022

City and state: Oakland, CA

*/s/ Daniel Kim*
Complainant's signature

FBI SA Daniel Kim
Printed name and title

*[signature]*
Judge's signature

Hon. DONNA M. RYU, U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Daniel Kim, Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), being duly sworn, state as follows:

### I.   INTRODUCTION

1. I make this affidavit in support of the application under Rule 4 of the Federal Rules of Criminal Procedure for a criminal complaint and arrest warrant authorizing the arrest of Kamar Ferguson (hereinafter, "**FERGUSON**") for a violation of 18 U.S.C. § 1715 (firearms as nonmailable) on or about November 9, 2021, within the Northern District of California.

### II.   SOURCES OF INFORMATION

2. This affidavit is submitted for the limited purpose of securing a criminal complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts necessary to establish probable cause that violations of the federal laws identified above have occurred. Further, my understanding of the significance of certain events and facts may change as the investigation progresses.

3. I have based my statements in this affidavit on my training and experience, personal knowledge of the facts and circumstances obtained through my participation in this investigation, information provided by other agents and law enforcement officers, information provided by reports of other law enforcement officers, information provided by photographic evidence, and information provided by records and databases. I believe these sources to be reliable. Where I refer to conversations and events, I often refer to them in substance and in relevant part rather than in their entirety or verbatim, unless otherwise noted. This affidavit also reflects my current understanding of facts relating to this investigation, but my understanding may change in the future as the investigation proceeds. My experience and training as an FBI SA and my participation in this investigation form the basis of the opinions and conclusions set forth below.

### III.   AFFIANT BACKGROUND

4. I am a Special Agent with the Federal Bureau of Investigation and have been so

employed since January 2020.  During that time, my duties and responsibilities include conducting criminal investigations for possible violations of federal law, particularly those found in Title 21 and Title 18 of the United States Code.  I have had extensive training in law enforcement investigation techniques, including but not limited to 800 hours of training at the FBI Academy at Quantico, Virginia.  Prior to joining the FBI, I was a Special Agent with the United States Secret Service ("USSS") in San Francisco, California, where I was assigned to the Financial Crimes Task Force as well as the U.S. Marshals Fugitive Task Force.  While assigned to these task forces, I participated in the investigations of various crimes including financial and violent crimes.  Prior to joining the USSS, I was a Deputy Sheriff in San Diego County, San Diego, California, where I conducted investigations of numerous crimes, including violent crimes, gangs, and firearm and narcotics violations.  In addition to the training and experience discussed above, I have also spoken to and worked with more experienced federal and state agents and officers throughout my career.

5. Currently, I am assigned to the FBI Safe Streets Gang Task Force ("SSTF") in Contra Costa County, San Francisco Division, where my responsibilities include the investigation of federal firearms, gangs, violent crimes, and narcotics violations.  In this position, I have authored and participated in search warrants involving residences, social media accounts, electronic devices, and other locations.  As a result, I am familiar with the types of evidence these searches garner.

6. Based on my training and experience and the facts set forth in this affidavit, I submit that there is probable cause to believe that **FERGUSON** violated 18 U.S.C. § 1715.

IV. **APPLICABLE LAW**

7. Title 18, United States Code, Section 1715 provides: "Pistols, revolvers, and other firearms capable of being concealed on the person are nonmailable and shall not be deposited in or carried by the mails or delivered by any officer or employee of the Postal Service."  Pursuant to 18 U.S.C. § 921(a)(3), the term "firearm" includes both an assembled weapon, and the "frame or receiver of any such weapon."

## V. STATEMENT OF PROBABLE CAUSE

10. On December 10, 2021, United States Postal Service inspectors opened a parcel (pursuant to a federal warrant) that had been shipped from Katy, Texas (outside Houston) to an address in Oakland, California in late October. The parcel contained three complete firearm slides with serial numbers VMA626, BTDH891, RKZ26, one lower firearm receiver with serial number VMA626, and three high-capacity magazines. The inspectors seized all of the items and stored them as evidence. Based on my training and experience, I know that the receiver itself (with serial number VMA626) constitutes a "firearm," even though it was disassembled from the slide that normally is attached to it (and which was also in the parcel).

11. For the following reasons, I believe FERGUSON shipped that parcel. First, USPS records indicate that on November 19, 2021, a man went into the post office on Pardee Drive in Oakland, CA, and inquired about the Oakland Parcel and why it hadn't yet been delivered. The post office branch manager asked the man for his identification and he showed her an image of his driver's license on his cellular phone. She recorded the information from the image. It indicates that the person was Kumar Ferguson, who resided at 24757 Grand Harbor Dr., Apt. 223, in Katy, TX 77494. He also said his telephone number was 628 291 2847. Video surveillance from inside the post office showed the individual who inquired about the Oakland Parcel appeared to be a black male with facial hair, wearing a black hoodie. I have reviewed a booking photo of FERGUSON taken May 3, 2021 (from an unrelated arrest). FERGUSON's booking photo shows him to be a black male with facial hair and dreadlocks. The person on the surveillance footage looks similar to FERGUSON.

12. Second, the parcel (the "Oakland Parcel") had been shipped from a post office in Katy, TX on the same day, and within 30 minutes of, another parcel shipped from a different post office in Katy, TX to an address in Walnut Creek, CA (the "Walnut Creek Parcel"). The same Chase Bank VISA debit card was used to pay the postage for both parcels. According to records obtained from Chase Bank, that card was subscribed to Kamar J. Ferguson at 5517 McFarlan Ranch Dr. in Antioch, CA. Those same bank records show that FERGUSON was

using his debit card in the East Bay Area, between November 18, 2021, and November 22, 2021, which is the same timeframe as when the person visited the Oakland post office to inquire about the Oakland Parcel. The phone number associated with that bank account was 628-291-2847. T-Mobile records for that phone number indicate it is subscribed to Kamar Ferguson at 235 Harbor Road in San Francisco, CA. Further, surveillance footage from the Katy, TX post office from which the Walnut Creek Parcel was mailed shows a black male with facial hair and black hair tied up, inside the post office holding a large brown package at about the same time the Walnut Creek Parcel was mailed. The person in the Katy, TX, post office surveillance video looks similar to FERGUSON, based on his booking photo.[1]

## VI. CONCLUSION AND REQUEST TO SEAL

13. Based on the above information, I submit that there is probable cause to believe that on or about November 9, 2021, within the Northern District of California, the defendant, **Kamar FERGUSON**, mailed a firearm, in violation of 18 U.S.C. § 1715.

24. I further request, in order to avoid compromising this ongoing investigation, to avoid the subject's flight, and for the safety of the agents and officers, that this complaint, complaint affidavit, and arrest warrant be filed under seal until further order of the Court, except that working copies should be made available to the United States Attorney's Office, the FBI, USPIS, and any other law enforcement agency designated by the United States Attorney's Office, as necessary to effect this Court's order.

//
//
//

---

[1] The sender listed on the packages was not FERGUSON's name. The return name and address were *Christian Sheppard, 1135 Grassy View Dr., Houston, TX 77073*. However, a USPIS Inspector searched postal tracking information in USPS databases, which revealed that the Oakland Parcel was mailed out of Katy, TX and not Houston, TX. The USPIS Inspector further found that the name listed on the sender section of the package label "Christian Sheppard" does not associate with the address 1135 Grassy View Dr., in Houston, TX 77073.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Daniel Kim*
DANIEL KIM
Special Agent
FBI

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 30th day of March 2022.

THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE